1  James J. Arendt, Esq.    Bar No. 142937
   Michael R. Linden, Esq.  Bar No. 192485
2
       THE LAW FIRM OF
3     WEAKLEY, RATLIFF,
    ARENDT & McGUIRE, LLP
4   1630 East Shaw Avenue, Suite 176
       Fresno, California  93710
5
      Telephone: (559) 221-5256
6     Facsimile:  (559) 221-5262

7  Attorneys for Defendants, CITY OF CLOVIS and
   J.R. MURILLO
8

9

10                       **UNITED STATES DISTRICT COURT**

11                       **EASTERN DISTRICT OF CALIFORNIA**

12 | AARON RAISER,                              ) CASE NO.  CIV-F-03 6194 REC LJO
                                                )
13 |         Plaintiff                          )
                                                )  **STIPULATED DISMISSAL AND ORDER**
14 |     vs.                                    )
                                                )
15 | CITY OF CLOVIS, OFFICER J.R.               )
     MORELLO, individual capacity               )
16 |                                            )
             Defendants.                        )
17                                              )
                                                )
18                                              )
                                                )
19                                              )
                                                )
20 _____       )

21         Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action,

22 Plaintiff AARON RAISER, in propria persona, and Defendants, CITY OF CLOVIS and J.R.

23 MURILLO, by and through their attorneys of record, stipulate to dismissal of the entire action, with

24 prejudice.  All parties are to bear their own costs and attorney's fees.  Attached as Exhibit "A" is

25 ///

26 ///

27 ///

28 ///

_____
Stipulation and Order

a true and correct copy of the related Settlement Agreement and General Release

DATED: May 26, 2005

By:  /s/  Aaron Raiser
        Plaintiff AARON RAISER

DATED:  June 2, 2005                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


By:   /s/ James J. Arendt
         JAMES J. ARENDT
         MICHAEL R. LINDEN
         Attorneys for Defendants
         CITY OF CLOVIS and J.R. MURILLO

**IT IS SO ORDERED.**

DATED: June 2, 2005             ___/s/ ROBERT E. COYLE
                                Judge of United States District Court
                                Eastern District of California

---

Stipulation and Order                        2

PROOF OF SERVICE

I, the undersigned, hereby certify that I am employed in the County of Fresno, State of California, over the age of eighteen years and not a party to the within action; my business address is 1630 East Shaw Avenue, Suite 176, Fresno, California 93710.

On the date set forth below, I placed in a sealed envelope and served a true copy of the within

**STIPULATED DISMISSAL AND ORDER**

addressed as follows:

Aaron Raiser
General Delivery
Castaic, CA 91310

☒   BY MAIL   I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited in the ordinary course of business.

I caused each envelope, with postage fully prepaid, to be placed in the United States mail, at Fresno, California.

☐   BY HAND   I hand delivered each envelope to the office listed above.

☐   BY FACSIMILE   I served the above-mentioned document from Facsimile Machine No.: (559)221-5262 to the interested parties at the facsimile numbers listed above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct, and that this proof of service was executed at Fresno, California, on June 2, 2005.

       /s/ Monica Garza
       Monica Garza